IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00631-BNB

DAVID BAXTER,

     Plaintiff,

v.

[NO DEFENDANT NAMED]

     Defendant.

_____

ORDER OF DISMISSAL

_____

     Plaintiff, David Baxter, initiated this action by filing *pro se* a document, which has been designated as a complaint, that appears to include allegations that his civil rights are being violated at the prison in which he is confined.  On March 14, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Baxter to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Boland ordered Mr. Baxter to file a Prisoner Complaint and either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement in support of the 28 U.S.C. § 1915 motion.  Mr. Baxter was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

     Mr. Baxter has failed to cure the deficiencies within the time allowed and failed to respond in any way to Magistrate Judge Boland's March 14 order.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Baxter failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   23rd   day of     April          , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2